United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Joshua Franklin, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-0269 |
| | § | |
| Access Restoration Services US, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## PARTIAL ORDER OF DISMISSAL

On April 28, 2025, Plaintiff, Joshua Franklin, filed a Stipulation of Dismissal (docket no. 20) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to all claims asserted against Defendant, Michael Needham, only.

Accordingly, this Court accepts the Stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE** as to all claims asserted against Defendant, Michael Needham, only.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 29th day of April, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE